United States District Court

Northern District of California

| | |
|---|---|
| IN RE RODRIGUEZ,<br><br>       Plaintiff. | Case No. C 13-3347 CW (PR)<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

    This action was opened on July 18, 2013, when a letter sent by Plaintiff to the Court was construed as an attempt by Plaintiff to file a civil rights action under 42 U.S.C. § 1983.

    On the same day the action was opened, the Clerk of the Court sent a notice to Plaintiff, informing him that he must file his claims on a civil rights complaint form.  The Clerk also sent Plaintiff a notice informing him that his case could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis (IFP) application.  The Clerk sent Plaintiff a blank civil rights complaint form as well as a blank IFP application and told him that he must submit these documents within twenty-eight days or his action would be dismissed.

    More than twenty-eight days have passed and Plaintiff has

//
//
//
//

not filed the necessary documents or paid the filing fee. Accordingly, this action is DISMISSED WITHOUT PREJUDICE.

The Clerk of the Court shall close the file.

Dated: 9/24/2013

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE