United States District Court

Northern District of California

IN RE RODRIGUEZ,

    Plaintiff.

Case No. C 13-3347 CW (PR)

ORDER OF DISMISSAL WITHOUT PREJUDICE

    This action was opened on July 18, 2013, when a letter sent by Plaintiff to the Court was construed as an attempt by Plaintiff to file a civil rights action under 42 U.S.C. § 1983.

    On the same day the action was opened, the Clerk of the Court sent a notice to Plaintiff, informing him that he must file his claims on a civil rights complaint form. The Clerk also sent Plaintiff a notice informing him that his case could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis (IFP) application. The Clerk sent Plaintiff a blank civil rights complaint form as well as a blank IFP application and told him that he must submit these documents within twenty-eight days or his action would be dismissed.

    More than twenty-eight days have passed and Plaintiff has

//
//
//
//

1  not filed the necessary documents or paid the filing fee.
2  Accordingly, this action is DISMISSED WITHOUT PREJUDICE.
3       The Clerk of the Court shall close the file.
4  Dated:  9/24/2013

                              _____
                              CLAUDIA WILKEN
                              UNITED STATES DISTRICT JUDGE